FILED
09/15/2022
Clerk, U.S. District Court
District of Montana
Missoula Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. KRISTOPHER C. HAMBURG, Defendant. | VIOLATION: E1384492 Location Code: M13 ORDER |
|---|---|

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the above citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for September 30, 2022 is **VACATED**.

DATED this  13th  day of September, 2022.

John Johnston
United States Magistrate Judge